1  Jody Struck, SBN 121097
   Harish Tangri, SBN 325752
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:     510-763-2324
4  Fax:    510-273-8534
   E-mail:  jstruck@htalaw.com
5
6  Attorneys for Defendants COUNTY OF ALAMEDA, LAUREL MANFREDI,
   JON PETTIGREW, MICHELLE FINDLEY, MELISSA RYAN, RENEE CAGE,
7  TEOFILO MARTINEZ-GOMEZ, and MICHAEL FURNESS

8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

10 | E.S., a minor, by and through her Guardian, | Case No.: 4:20-cv-04299-SBA
   | LINDA SHANKS,
11 |
   |        Plaintiff,                          | STIPULATION TO FILE PLAINTIFF'S
12 |                                            | FIRST AMENDED COMPLAINT AND
   |   vs.                                      | VACATE TRIAL AND RELATED DATES;
13 |                                            | [PROPOSED] ORDER *AS MODIFIED*
   | COUNTY OF ALAMEDA, a public entity;
14 | LAUREL MANFREDI, an individual; JON
   | PETTIGREW, an individual; MICHELLE
15 | FINDLEY, an individual; MELISSA RYAN,
   | an individual; RENEE CAGE, an individual;
16 | TEOFILO MARTINEZ-GOMEZ, an
   | individual; MICHAEL FURNESS, an
17 | individual; and DOES 1 through 50, inclusive,
18 |        Defendants.
19 | _____/

20        Plaintiff E.S., a minor, by and through her Guardian, LINDA SHANKS ("Plaintiff") and

21 Defendants COUNTY OF ALAMEDA, LAUREL MANFREDI, JON PETTIGREW,

22 MICHELLE FINDLEY, MELISSA RYAN, RENEE CAGE, and MICHAEL FURNESS

23 ("Defendants"), by and through their respective attorneys of record, stipulate as follows:

24        1.     Whereas Plaintiff has filed a motion for leave to file her First Amended

25 Complaint, which is currently pending with the Court [Dkt. # 79-79.4];

26        2.     Whereas Plaintiff seeks to add additional claims and defendants in the First

27 Amended Complaint;

28

1

*E. S., a minor, v. County of Alameda, et al.* / 4:20-cv-04299-SBA
Stipulation to File Plaintiff's First Amended Complaint and Vacate Trial and Related Dates; [Proposed] Order

3. Whereas Plaintiff is currently a minor and is not time-barred from bringing additional claims; and

4. Whereas Defendants do not oppose Plaintiff's motion on condition that the trial and related dates be vacated;

5. It is hereby stipulated that Plaintiff may file a First Amended Complaint, in the form attached hereto as Exhibit A, on or before July thereby rendering Plaintiff's pending motion moot;

6. It is further stipulated that the current trial date and all related cut-off dates be vacated.

7. The parties request a new Scheduling Conference to take place in July 2022 after the Early Settlement Conference.

Dated:  June 15, 2022          HAAPALA THOMPSON & ABERN, LLP


By:   /s/ Jody Struck
         Jody Struck, Esq.
         Attorneys for Defendants


Dated:  June 15, 2022          The Law Offices of Shawn A. McMillan, APC


By:   /s/ Shawn A. McMillan
         Shawn A. McMillan, Esq.
         Stephen D. Daner, Esq.
         Evan D. Pullman, Esq.
         Attorneys for Plaintiff

2

E. S., a minor, v. County of Alameda, et al. / 4:20-cv-04299-SBA
Stipulation to File Plaintiff's First Amended Complaint and Vacate Trial and Related Dates; [Proposed] Order

**ORDER**

The Court having considered the Parties' Stipulation to File Plaintiff's First Amended Complaint and Vacate Trial and Related Dates, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

By no later than June 24, 2002, Plaintiff shall file a First Amended Complaint in the form attached as Exhibit A to the Motion for Leave to File First Amended Complaint, Dkt. 79-3. Plaintiff's motion for leave to file a First Amended Complaint, Dkt. 79, is DENIED as moot.

The trial date and related deadlines are vacated. The dates will be reset, as necessary, following the settlement conference scheduled for July 1, 2022. The parties shall appear for a further case management conference on July 28, 2022, at 3:00 p.m., for this purpose. The previously filed stipulation to continue the trial and related dates, Dkt. 78, is denied as moot.

Dated: June 17, 2022

*Saundra B. Armstrong* RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge

3

*E. S., a minor, v. County of Alameda, et al.* / 4:20-cv-04299-SBA
Stipulation to File Plaintiff's First Amended Complaint and Vacate Trial and Related Dates; [Proposed] Order