1
2
3
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION
4

| | |
|---|---|
| 5  E.S., a minor, by and through her Guardian, LINDA SHANKS, | Case No: 4:20-cv-04299-SBA |
| 6  Plaintiff, | **ORDER GRANTING JOINT STIPULATION AND MOTION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS** |
| 7  vs. | |
| 8  COUNTY OF ALAMEDA, a public entity; LAUREL MANFREDI, an individual; JON PETTIGREW, an individual; MICHELLE FINDLEY, an individual; MELISSA RYAN, an individual; RENEE CAGE, an individual; TEOFILO MARTINEZ-GOMEZ, an individual; MICHAEL FURNESS, an individual; KATHERINE MOORE, an individual; LA TANYA TAKLA, an individual; JEFFREY SINNOTT, an individual; RUTH BEAUCHAN. an individual; TOM NOLAN, an individual; and DOES 1 through 50, inclusive, | **Judge**: Hon. Saundra B. Armstrong |
| | **Courtroom**: 1, 4th floor |
| | **Date**: Wednesday, August 10, 2022 |
| | **Time:** 2:00 p.m. |
| | **Complaint Filed**: June 29, 2020 |
| Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

The Court having considered the JOINT STIPULATION AND MOTION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS, and finding good cause therefore:

**IT IS ORDERED** that the Parties' Joint Stipulation and Motion to Continue Hearing Date For Defendants' Motion to Dismiss is granted. The dates previously issued by the Court are hereby vacated and re-set as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Plaintiff's Opposition to Defendants' Motion to Dismiss Filed On 07/05/2022 | 07/19/2022 | 07/29/2022 |
| Defendants' reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Filed On 07/05/2022 | 07/26/2022 | 08/08/2022 |
| Hearing Regarding Defendants' Motion to Dismiss Filed On 07/05/2022 | 08/10/2022 | 09/14/2022 |

DATED: July 19, 2022     IT IS SO ORDERED

*Saundra B. Armstrong* RS

Richard Seeborg for Saundra B. Armstrong

United States District Court Judge