|  |  |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| E.S., a minor, by and through her Guardian, LINDA SHANKS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ALAMEDA, a public entity; LAUREL MANFREDI, an individual; JON PETTIGREW, an individual; MICHELLE FINDLEY, an individual; MELISSA RYAN, an individual; RENEE CAGE, an individual; TEOFILO MARTINEZ-GOMEZ, an individual; MICHAEL FURNESS, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No: 4:20-cv-04299-SBA<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>**Judge:**　　Hon. Saundra B. Armstrong<br><br>**Courtroom:**　　TBD |

**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS**

The Court having considered the Parties' **JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS**, and finding good cause therefore:

**IT IS ORDERED** that the Parties' JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS is granted. The dates previously issued by the Court are hereby vacated and re-set. Accordingly, the hearing on Defendants' Motion to Dismiss under FRCP Rule, 12(6)(6) shall be continued to September 28, 2022, at 2:00 p.m.

IT IS SO ORDERED

Dated: 8/24/2022

_____ RS
Richard Seeborg for Saundra B. Armstrong
United States District Court Judge