Jody Struck, SBN 121097
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:   510-273-8534
E-mail:  jstruck@htalaw.com

Attorneys for Defendants COUNTY OF ALAMEDA, LAUREL MANFREDI, JON PETTIGREW, MICHELLE FINDLEY, MELISSA RYAN, RENEE CAGE, TEOFILO MARTINEZ-GOMEZ, MICHAEL FURNESS, and TOM NOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| E.S., a minor, by and through her Guardian, LINDA SHANKS, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ALAMEDA, a public entity; LAUREL MANFREDI, an individual; JON PETTIGREW, an individual; MICHELLE FINDLEY, an individual; MELISSA RYAN, an individual; RENEE CAGE, an individual; TEOFILO MARTINEZ-GOMEZ, an individual; MICHAEL FURNESS, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 3:20-cv-04299-VC <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO REQUEST REINSTATEMENT OF THE CASE** <br><br> Judge: Vince Chhabria |

1

*E. S., a minor, v. County of Alameda, et al.* / 3:20-cv-04299-SBA
Stipulation and [Proposed] Order to Extend Time to Request Reinstatement of the Case

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The parties to this action, by and through their respective attorneys of record, jointly request an order extending time to request reinstatement of the case from March 1, 2023 to April 14, 2023.  The additional time is requested because the settlement cannot be funded until after the next regular meeting of the County of Alameda Board of Supervisors, which is set for February 28, 2023, and the subsequent issuance of a minute order regarding the settlement.  The parties therefore stipulate to, and request, additional time to request reinstatement of the case.

SO STIPULATED:

Dated:  February 23, 2022         HAAPALA THOMPSON & ABERN, LLP


By: /s/ Jody Struck
      JODY STRUCK, Attorneys for Defendants


Dated:  February 23, 2022         THE LAW OFFICES OF SHAWN A. MCMILLAN, APC


By: /s/ Shawn A. McMillan
      SHAWN A. McMILLAN, Attorney for Plaintiff
*Shawn A. McMillan provided consent for this document to be electronically filed.

2

*E. S., a minor, v. County of Alameda, et al.* / 3:20-cv-04299-SBA
Stipulation and [Proposed] Order to Extend Time to Request Reinstatement of the Case

**ORDER**

IT IS HEREBY ORDERED that the deadline within which Plaintiff may file a request to reinstate the case is extended from March 1, 2023 to April 14, 2023.

Dated:  February  28 , 2023_____                    _____
                                                                                JUDGE VINCE CHHABRIA

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8534